UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:23-MJ-00251-EJY |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EDUARDO WENDLANDT- RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Defendant and he has no objection to the request for continuance.

2. Defendant is currently out on pretrial release.

3. Counsel for defendant has spoken to AUSA and he has no objection to the continuance.

4. Counsel has not yet received discovery from the US Attorney's Office. Counsel was recently informed that the discovery is still being prepared and will be ready by next week.

5. Counsel is beginning a jury trial on Monday, April 10, 2023 regarding *State v. Ray Anderson.*

6. Counsel needs additional time to adequately review the case.

7. Denial of this request for continuance could result in a miscarriage justice.

8. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Examination until a date and time convenient to the court.

This is the firsT request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Preliminary Examination.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Preliminary Examination currently scheduled for April 14, 2023, at 4:00 p.m., be continued to the 13th day of June, **2023** at 4:00 p.m., in courtroom 3A.

DATED this 7th day of April, 2023.

_____
U.S. MAGISTRATE JUDGE