UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-MJ-00251-EJY |
| Plaintiff, | |
| v. | |
| EDUARDO WENDLANDT- RAMIREZ, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Defendant and he has no objection to the request for continuance.

2. Defendant is currently out on pretrial release.

3. Counsel for defendant has spoken to AUSA and he has no objection to the continuance.

4. Counsel needs additional time to adequately review the case.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Examination until a date and time convenient to the court.

This is the second request for continuance filed herein.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Preliminary Examination.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the Preliminary Examination currently scheduled for June 13, 2023, at 4:00 p.m., be continued to the 22nd day of August, **2023** at 4:00 p.m., in courtroom 3A.

DATED this 8th day of June, 2023.

_____
U.S. MAGISTRATE JUDGE