UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-MJ-00251-EJY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDUARDO WENDLANDT- RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Defendant and he has no objection to the request for continuance.

2. Defendant is currently out on pretrial release.

3. Counsel for defendant has spoken to AUSA and he has no objection to the continuance.

4. Counsel needs additional time to adequately review the case and/or resolve the matter.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Examination until a date and time convenient to the court.

This is the 5th request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Preliminary Examination.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Preliminary Examination currently scheduled for December 27, 2023, at 4:00 p.m., be continued to the  26th  day of  February , 2024  at  4 p.m. , in courtroom  TBD .

DATED this  14th  day of  December , 2023.

_____
U.S. MAGISTRATE JUDGE