UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>                                                                )<br>             Plaintiff,                                      )<br>                                                                )<br>v.                                                             )<br>                                                                )<br>EDUARDO WENDLANDT- RAMIREZ,  )<br>                                                                )<br>             Defendant.                                )<br>_____) | 2:23-MJ-00251-EJY |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Defendant and he has no objection to the request for continuance.

2. Defendant is currently out on pretrial release.

3. Counsel for defendant has spoken to AUSA and he has no objection to the continuance.

4. Counsel needs additional time to adequately review the case and/or resolve the matter.

5. There is a Change of Plea scheduled to be heard on August 21, 2024.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Preliminary Examination until a date and time convenient to the court.

This is the 7th request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Preliminary Examination.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Preliminary Examination currently scheduled for July 11, 2024, at 4:00 p.m., be continued to the __23rd__ day of __August__, __2024__ at __4:00 p.m.__, in a courtroom __to be determined__.

DATED this 10th day of July, 2024.

_____
U.S. MAGISTRATE JUDGE